DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN Bar # 250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FRANCISCO MOREIRA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> FRANCISCO MOREIRA, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. 11-cr-415 JAM <br><br> **WAIVER OF DEFENDANT'S PRESENCE** |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the defendant, FRANCISCO MOREIRA, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, specifically, appearances for any hearing regarding modification of conditions of supervised release, except upon arraignment, plea, impanelment of jury and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence which the Court may permit pursuant to this waiver; agrees that defendant's interests will be deemed represented at all times by the presence of defendant's attorney, the same as if defendant were personally present; and further agrees to be present in court ready for trial any day and hour the Court may fix in defendant's absence.

///

///

The defendant further acknowledges being informed of the rights under Title 18 U.S.C. §§3161-3174 (Speedy Trial Act), and authorizes the defendant's attorney to set times and dates under that Act without the defendant being present.

The original signed copy of this waiver is being preserved by the attorney undersigned.

Dated: September 26, 2011

　　　　　　　　　　　　　　　　　　　　　　　 */s/ Francisco Moreira*
　　　　　　　　　　　　　　　　　　　　　　　 FRANCISCO MOREIRA
　　　　　　　　　　　　　　　　　　　　　　　 (Original retained by attorney)

I agree with and consent to my client's waiver of appearance.

Dated: September 26, 2011

　　　　　　　　　　　　　　　　　　　　　　　 */s/ Lexi Negin*
　　　　　　　　　　　　　　　　　　　　　　　 LEXI NEGIN
　　　　　　　　　　　　　　　　　　　　　　　 Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　　　　　 Attorney for Defendant

**IT IS SO ORDERED.**

Dated: September 29, 2011

　　　　　　　　　　　　　　　　　　　　　　　 /s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　　　　 JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　　　　　 United States District Court Judge