**FILED**
October 3, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)  Case No. 2:11CR00415-JAM-1
       Plaintiff, )
v. )  ORDER FOR RELEASE OF
)  PERSON IN CUSTODY
FRANCISCO BAPTISTA MOREIRA, )
)
       Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  FRANCISCO BAPTISTA MOREIRA , Case No.  2:11CR00415-JAM-1  , Charge  18USC § 471, 474 and 472; 18USC § 982(2)(B)  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    __  Bail Posted in the Sum of $__

        __  Unsecured Appearance Bond

        __  Appearance Bond with 10% Deposit

        __  Appearance Bond with Surety

        __  Corporate Surety Bail Bond

    ✔  (Other)   Pretrial Conditions. The defendant is also released to the Effort Treatment Facility.

Issued at  Sacramento, CA  on  October 3, 2011  at  10:04 am  .

                By  /s/ Gregory G. Hollows
                      Gregory G. Hollows
                      United States Magistrate Judge

Copy 5 - Court