1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   Lexi Negin, Bar #250376
    Assistant Federal Defender
3   801 I Street, 3rd. Floor
    Sacramento, California  95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    FRANCISCO MOREIRA

6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   CASE NO. CR-S-11-415 JAM
                                       )
12              Plaintiff,             )   **STIPULATION AND ORDER TO CONTINUE**
                                       )   **STATUS  HEARING  AND  TO  EXCLUDE**
13      v.                             )   **TIME PURSUANT TO THE SPEEDY TRIAL**
                                       )   **ACT**
14                                     )
    FRANCISCO MOREIRA,                 )   Date:   June 19, 2012
15                                     )   Time:   9:30 a.m.
                Defendant.             )   Judge:  John A. Mendez
16  _____ )

17          It is hereby stipulated and agreed to between the United States of America through MATTHEW G.

18  MORRIS, Assistant U.S. Attorney, and defendant, FRANCISCO MOREIRA, by and through his counsel,

19  LEXI NEGIN, Assistant Federal Defender, that the status conference set for Tuesday, May 22, 2012, be

20  continued to Tuesday,  June 19, 2012, at 9:30 a.m.

21          The reason for this continuance is because additional time is needed for defense preparation and for

22  meetings between the parties with the goal being to resolve the case by way of a disposition.

23          It is further stipulated that the time period from the date of this stipulation, May 15, 2012, through and

24  including the date of the new status conference hearing, June 19, 2012, shall be excluded under the Speedy

25  Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense counsel

26  / / /

27  / / /

28  / / /

1   with the reasonable time to prepare, and that the ends of justice to be served by granting the continuance

2   outweigh the best interests of the public and the defendant in a speedy trial.

3   DATED:  May 15, 2012

4          Respectfully submitted,

5

6   BENJAMIN B. WAGNER                              DANIEL J. BRODERICK
    United States Attorney                          Federal Defender

7   By:

8    */s/ Lexi Negin for*                            */s/ Lexi Negin*
    MATTHEW G. MORRIS                               LEXI NEGIN

9   Assistant U.S. Attorney                         Assistant Federal Defender
    Attorney for United States                      Attorney for Defendant

10                                                   FRANCISCO MOREIRA

11

12                                    **O R D E R**

13         Based on the reasons set forth in the stipulation of the parties filed on May 15, 2012, and good cause

14   appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED

15   that the status conference currently scheduled for Tuesday, May 22, 2012, be vacated and that the case be set

16   for **Tuesday, June 19, 2012, at 9:30 a.m.**  The Court finds that the ends of justice served by granting such a

17   continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS

18   HEREBY ORDERED that, for the reasons stated in the parties' May 15, 2012, stipulation, the time within

19   which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period

20   from the date of this stipulation, May 15, 2012, through and including June 19, 2012, pursuant to 18 U.S.C.

21   §3161(h)(7)(A)&(B)(iv)  [reasonable time to prepare] and Local Code T4.

22

23   DATED: May 15, 2012

24                                                   /s/ John A. Mendez
                                                     JOHN A. MENDEZ

25                                                   United States District Court Judge

26

27

28
                                                     2