1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  Lexi Negin, Bar #250376
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   FRANCISCO MOREIRA

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   CASE NO. CR-S-11-415 JAM
                                    )
12            Plaintiff,            )   **STIPULATION AND ORDER TO VACATE**
                                    )   **STATUS HEARING AND TO SET CHANGE**
13     v.                           )   **OF PLEA HEARING AND  EXCLUDE TIME**
                                    )   **PURSUANT TO THE SPEEDY TRIAL ACT**
14 FRANCISCO MOREIRA,               )
                                    )   Date:   July 31, 2012
15            Defendant.            )   Time:   9:45 a.m.
                                    )   Judge:  John A. Mendez
16 _____  )

17        It is hereby stipulated and agreed to between the United States of America through Matthew G. Morris,

18 Assistant U.S. Attorney, and defendant, FRANCISCO MOREIRA, by and through his counsel, Lexi Negin,

19 Assistant Federal Defender, that the status conference currently set for Tuesday, July 17, 2012, be vacated and

20 a change of plea hearing date of July 31, 2012, at 9:45 a.m., be set.

21        The reason for this continuance is because the parties have reached an agreement in the case but

22 additional time is needed to work out the details and finalize the written plea agreement, and for defense

23 counsel to prepare Mr. Moreira.

24        It is further stipulated that the time period from the date of this stipulation, July 9, 2012, through and

25 including the date of the change of plea hearing, July 31, 2012, shall be excluded under the Speedy Trial Act

26 (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense counsel with the

27 / / /

28 / / /

1   reasonable time to prepare, and that the ends of justice to be served by granting the continuance outweigh the

2   best interests of the public and the defendant in a speedy trial.

3   DATED:  July 9, 2012

4           Respectfully submitted,

5   BENJAMIN B. WAGNER                    DANIEL J. BRODERICK
    United States Attorney               Federal Defender

6   By:

7

8    /s/ Lexi Negin for                    /s/ Lexi Negin
    MATTHEW G. MORRIS                    LEXI NEGIN
    Assistant U.S. Attorney              Assistant Federal Defender

9   Attorney for United States           Attorney for Defendant
                                         FRANCISCO MOREIRA

10

11                                  **O R D E R**

12          Based on the reasons set forth in the stipulation of the parties filed on July 9, 2012, and good cause

13  appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED

14  that the status conference currently scheduled for Tuesday, July 17, 2012, be vacated and that the case be set

15  for change of plea hearing on **Tuesday, July 31, 2012, at 9:45 a.m.**  The Court finds that the ends of justice

16  served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy

17  trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' July 9, 2012,

18  stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is

19  excluded during the time period from the date of this stipulation, July 9, 2012, through and including July 31,

20  2012, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv)  [reasonable time to prepare] and Local Code T4.

21

22  DATED: July 9, 2012

23                                       /s/ John A. Mendez
                                         JOHN A. MENDEZ
24                                       United States District Court Judge

25

26

27

28                                          2