BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-CR-00415 JAM |
| ) | |
| Plaintiff, ) | PRELIMINARY ORDER OF |
| ) | FORFEITURE |
| v. ) | |
| ) | |
| FRANCISCO MOREIRA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Based upon the entry of plea and the application for preliminary order of forfeiture entered into between plaintiff United States of America and defendant Francisco Moreira, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. §§ 492 and 982(a)(2)(B) and 28 U.S.C. § 2461(c), defendant Francisco Moreira's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a.   Approximately $12,471 in counterfeit federal reserve notes; and

    b.   Kodak ESP 3250 printer, serial number CNIK557572254A7V2657.

2. The above-listed property constitutes counterfeits of

1  obligations or other securities of the United States or any
2  articles, devices, and other things made, possessed, or used in
3  violation of 18 U.S.C. § 471.
4      3.  Pursuant to Rule 32.2(b), the Attorney General (or a
5  designee) shall be authorized to seize the above-listed property.
6  The aforementioned property shall be seized and held by the U. S.
7  Secret Service, in its secure custody and control.
8      4.  a.  Pursuant to 18 U.S.C. § 982(b)(1) and 28 U.S.C. §
9  2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171,
10 the United States shall publish notice of the order of
11 forfeiture.  Notice of this Order and notice of the Attorney
12 General's (or a designee's) intent to dispose of the property in
13 such manner as the Attorney General may direct shall be posted
14 for at least 30 consecutive days on the official internet
15 government forfeiture site [www.forfeiture.gov](www.forfeiture.gov).  The United States
16 may also, to the extent practicable, provide direct written
17 notice to any person known to have alleged an interest in the
18 property that is the subject of the order of forfeiture as a
19 substitute for published notice as to those persons so notified.
20          b.  This notice shall state that any person, other than
21 the defendant, asserting a legal interest in the above-listed
22 property, must file a petition with the Court within sixty (60)
23 days from the first day of publication of the Notice of
24 Forfeiture posted on the official government forfeiture site, or
25 within thirty (30) days from receipt of direct written notice,
26 whichever is earlier.
27     5.  If a petition is timely filed, upon adjudication of all
28 third-party interests, if any, this Court will enter a Final

1  Order of Forfeiture pursuant to 18 U.S.C. §§ 492 and 982(a)(2)(B)
2  and 28 U.S.C. § 2461(c) in which all interests will be addressed.
3       SO ORDERED this 7th day of August, 2012.

                                  /s/ John A. Mendez_____
                                  JOHN A. MENDEZ
     _____     United States District Court Judge