1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW G. MORRIS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2700

5

6

7

8                IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )     2:11-CR-00415-JAM
                                    )
12            Plaintiff,            )     FINAL ORDER OF FORFEITURE
                                    )
13      v.                          )
                                    )
14 FRANCISCO BAPTISTA MOREIRA,      )
                                    )
15            Defendant.            )
   _____)

16

17      WHEREAS, on or about August 8, 2012, the Court entered the

18 Preliminary Order of Forfeiture pursuant to the provisions of 18

19 U.S.C. §§ 492 and 982(a)(2)(B) and 28 U.S.C. § 2461(c), based

20 upon the plea agreement entered into between plaintiff and

21 defendant Francisco Baptista Moreira forfeiting to the United

22 States the following property:

23           a.   Approximately $12,471 in counterfeit federal
                  reserve notes; and
24
             b.   Kodak ESP 3250 printer, serial number
25                CNIK557572254A7V2657.

26      AND WHEREAS, beginning on August 10, 2012, for at least 30

27 consecutive days, the United States published notice of the

28 Court's Orders of Forfeiture on the official internet government

                              1        Final Order of Forfeiture

1   forfeiture site www.forfeiture.gov.   Said published notices

2   advised all third parties of their right to petition the Court

3   within sixty (60) days from the first day of publication of the

4   notices for a hearing to adjudicate the validity of their alleged

5   legal interest in the forfeited property;

6       AND WHEREAS, the Court has been advised that no third party

7   has filed a claim to the subject property, and the time for any

8   person or entity to file a claim has expired.

9       Accordingly, it is hereby ORDERED and ADJUDGED:

10      1.  A Final Order of Forfeiture shall be entered forfeiting

11  to the United States of America all right, title, and interest in

12  the above-listed property pursuant to 18 U.S.C. §§ 492 and

13  982(a)(2)(B) and 28 U.S.C. § 2461(c), to be disposed of according

14  to law, including all right, title, and interest of Francisco

15  Baptista Moreira.

16      2.  All right, title, and interest in the above-listed

17  property shall vest solely in the name of the United States of

18  America.

19      3.  The U. S. Secret Service shall maintain custody of and

20  control over the subject property until it is disposed of

21  according to law.

22      SO ORDERED this 30th day of November, 2012.

23

24                          /s/ John A. Mendez
                            JOHN A. MENDEZ
25                          United States District Court Judge

26

27

28