# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Francisco Baptista Moreira          **Docket Number:**   2:11CR00415-01

**Name of Judicial Officer**:   United States District Court Judge John A. Mendez

**Date of Original Sentence:**   11/6/2012

**Original Offense:** 18 USC 471 – Counterfeiting and Forging Obligations of the U.S.A.  (Class C Felony)

**Original Sentence:**   18 months custody BOP; 36 month Term of Supervised Release; $100.00 special assessment.  Mandatory drug testing; No firearms; DNA collection.

**Special Conditions:**

Search
Financial disclosure
No new debt or credit
Shall participate in correctional treatment program for drug or alcohol abuse
Shall participate in drug or alcohol testing
Abstain from alcohol and alcohol restrictions
Mental health treatment
Aftercare co-payment

**Type of Supervision:**   Supervised Release

**Date Supervision Commenced:**   11/7/2013

**Other Court Actions:**

02/26/2014:   Prob 12A Report of Offender Non-Compliance filed regarding two positive drug tests. The Court approved the plan for no immediate action pending the releasee's response to treatment.

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

9.  The defendant shall reside and participate in an inpatient correctional treatment program to obtain assistance for drug and/or alcohol abuse, for a period of up to 90 days, **and up to 10 additional days for substance abuse detoxification services if deemed necessary.**

**Justification:** On March 20 and 26, 2014, and April 10, 2014, the releasee submitted urine samples which tested positive for amphetamines, in violation of the mandatory conditions which state, in part, the releasee shall refrain from any unlawful use of a controlled substance.

When confronted, Moreira admitted to drug use. Further, he admitted to consuming alcohol and smoking marijuana. He reported for drug testing on April 17, 2014. However, test results have yet to be received. Based on the releasee's own admission, it is likely they will yield positive results for amphetamines and marijuana. Further, he failed to report for drug testing on March 9, 10, and 19, 2014, and April 8, 2014.

On March 28, 2014, Moreira was scheduled to enter a short term inpatient correctional treatment program. Moreira successfully entered detoxification services on April 19, 2014.

Title 18 U.S.C. 3565 (b) and 3583(g) have been amended by way of Public Law 107-273, Section 2103. Effective November 2, 2002, testing positive for illegal substances more than three times over the course of one year requires mandatory revocation of the supervision term. The amendment leaves undisturbed the provisions of 18 U.S.C. §§ 3563(e) and 3583(d) that allow the court to consider "whether the availability of appropriate substance abuse treatment programs, or an individual's current or past participation in such programs, warrants an exception in accordance with United States Sentencing Commission guidelines from the rule of sections 3565(b), when considering any action against a defendant who fails a drug test." This appears to allow the Court to consider treatment in lieu of revocation after the fourth positive drug test.

It is respectfully recommended that the Court modify the conditions to include inpatient correctional treatment. This would allow Moreira to remain in the community in a structured environment to address his substance abuse and mental health issues, and further his reintegration. Moreira will be closely monitored, and should he engage in further significant violation conduct, violation proceedings will be initiated.

Respectfully submitted,
/s/ Miranda L. Lutke

**DATED:**　　**04/22/2014**

--------

**MIRANDA L. LUTKE**
**United States Probation Officer**
Telephone: (916) 786-2989

Reviewed by,
**/s/ Jeff Oestreicher**

--------

**for**
**MICHAEL A. SIPE**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

☒  Modification approved as recommended.

☐  Modification not approved at this time.  Probation Officer to contact Court.

☐  Other

**DATED: 4/23/2014**　　　　　　　　　　**/s/ John A. Mendez**

　　　　　　　　　　　　　　　　　　　　John A. Mendez, U.S. District Court Judge

CC:

United States Probation

Assistant United States Attorney:  Matthew G. Morris

Defense Counsel:  Alexandra P. Negin