```
                                                            FILED
                                                         July 31, 2014
           UNITED STATES DISTRICT COURT FOR THE       CLERK, US DISTRICT COURT
                                                      EASTERN DISTRICT OF
              EASTERN DISTRICT OF CALIFORNIA                CALIFORNIA
                                                           DEPUTY CLERK
```

UNITED STATES OF AMERICA,         )
                                  )   Case No.   2:11-CR-00415 JAM
            Plaintiff,            )
v.                                )   ORDER FOR RELEASE OF
                                  )   PERSON IN CUSTODY
FRANCISCO BAPTISTA MOREIRA ,      )
                                  )
            Defendant.            )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release FRANCISCO BAPTISTA MOREIRA, Case No. 2:11-CR-00415 JAM, Charge  Title 18 USC 3606 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $__

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ✔ (Other)    All conditions of supervised release remain in full force and effect.

Issued at  Sacramento, CA  on  July 31, 2014  at  2:40  pm.

By  /s/ Dale A. Drozd
    Dale A. Drozd
    United States Magistrate Judge