UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 31, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>      Plaintiff,              )<br>                              )<br>v.                            )<br>                              )<br>BRANDON SAVALOJA,             )<br>                              )<br>      Defendant.              )  | Case No. 2:10-CR-00192<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __BRANDON SAVALOJA__, Case No. __2:10-CR-00192__, Charge __Title 18 USC 3606__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　　__　__   Release on Personal Recognizance

　　　__　__   Bail Posted in the Sum of $__

　　　　　__　__   Unsecured Appearance Bond

　　　　　__　__   Appearance Bond with 10% Deposit

　　　　　__　__   Appearance Bond with Surety

　　　　　__　__   Corporate Surety Bail Bond

　　　__✔__   (Other)   __All conditions of supervised release remain in full force and effect.__

Issued at __Sacramento, CA__ on __July 31, 2014__ at __2:40__ pm.

By __/s/ Dale A. Drozd__
Dale A. Drozd
United States Magistrate Judge